## GIBBS *v.* HARRELSON *et al.*

GILBERT, J. To a suit by a creditor against grantees in a deed to land executed by his debtor, for cancellation of the deed, and for judgment on the debt, the grantor (or, if dead, his legal representative) is a necessary party; and where the petition fails to make the legal representative of the deceased debtor a party, it is properly dismissed on demurrer. *Biggs* v. *Silvey*, 140 *Ga.* 762 (79 S. E. 857); *Kehoe* v. *Rourke*, 131 *Ga.* 269 (62 S. E. 185); 9 C. J. 1227. This case differs from that of *Moore* v. *Smith*, 121 *Ga.* 479, 482 (49 S. E. 601). In that case the suit was against the widow, who was the sole heir, and who took possession without administration, there being no cancellation sought.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
No. 318. NOVEMBER 17, 1917.

Equitable petition. Before Judge Sheppard. Effingham superior court. April 16, 1917.

*W. R. Hewlett,* for plaintiff.

*Strange & Metts* and *P. D. Shearouse,* for defendants.